IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LINWOOD ROSE, )
)
    Plaintiff, )
)
v. ) CASE NO. CV411-206
)
AL ST. LAWRENCE, )
)
    Defendant. )
)

ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation, which is **ADOPTED** as the order of this Court. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**, and the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26th day of October 2011.

                                                        WILLIAM T. MOORE, JR.
                                                        UNITED STATES DISTRICT COURT
                                                        SOUTHERN DISTRICT OF GEORGIA