IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LINWOOD ROSE,                    )
                                 )
        Plaintiff,               )
                                 )
v.                               )    CASE NO. CV411-206
                                 )
AL ST. LAWRENCE,                 )
                                 )
        Defendant.               )
                                 )

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 4), to which no objections have been filed.
After a careful de novo review, the Court concurs with the
Magistrate Judge's Report and Recommendation, which is **ADOPTED**
as the order of this Court. Accordingly, this case is **DISMISSED**
**WITHOUT PREJUDICE**, and the Clerk of Court is **DIRECTED** to close
this case.

SO ORDERED this 26th day of October 2011.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA